IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SARAH Z.                                                                              No. C 06-4098 PJH

        Plaintiff,                                                            **ORDER TO SHOW CAUSE**

  v.

MENLO PARK CITY SCHOOL DISTRICT,

        Defendant.
_____/

    Plaintiff in the above-entitled matter having failed to appear at the case management conference on September 28, 2006, and defendant having filed a case management conference statement and having appeared at that proceeding in compliance with the Court's orders,

    THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

    Plaintiff shall appear to show cause on October 19, 2006, at 2:30 pm.  A further failure to appear will result in the dismissal of this action.

    **IT IS SO ORDERED.**

Dated: September 28, 2006

                                                    PHYLLIS J. HAMILTON
                                                   UNITED STATES DISTRICT JUDGE