UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SARAH Z.,

        Plaintiff(s),

    v.

MENLO PARK CITY SCHOOL DISTRICT,

        Defendant(s).
_____/

No. C 06-4098 PJH

**ORDER GRANTING MOTION TO AMEND**

    Plaintiff's motion to amend her complaint came on for hearing on April 4, 2007. Timothy Walton appeared for plaintiff; John Nibbelin appeared for defendant. For the reasons stated at the hearing, the court GRANTS the motion to amend. Plaintiff shall immediately file as a first amended complaint, the second iteration of that complaint which was attached as an exhibit to her reply brief.

**IT IS SO ORDERED.**

Dated: April 4, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge